71 A.3d 249

**In re Willie F. SINGLETARY, former Traffic Court Judge Philadelphia County.**

**Appeal of Willie F. Singletary.**

Supreme Court of Pennsylvania.

July 16, 2013.

John S. Summers, Esq., Rebecca Santoro Melley, Esq., Hangley Aronchick Segal Pudlin & Schiller, P.C., Philadelphia, for Willie F. Singletary.

600

Elizabeth Ann Flaherty, Esq., Robert A. Graci, Esq., PA Judicial Conduct Board, Harrisburg, for Judicial Conduct Board.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of July, 2013, the orders of the Court of Judicial Discipline in this matter are hereby **AFFIRMED.**